**Walter Alexander CABRERA–RODRIGUEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–71048.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Nov. 2, 2009.

ed by 9th Cir. R. 36–3.

Gloria Lopez, Law Office of Gloria Lopez, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Benjamin J. Zeitlin, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Walter Alexander Cabrera–Rodriguez, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order affirming an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cerezo v. Mukasey,* 512 F.3d 1163, 1166 (9th Cir.2008), except to the extent that deference is owed to the BIA's determination of the governing statutes and regulations, *Simeonov v. Ashcroft,* 371 F.3d 532, 535 (9th Cir.2004). We review factual findings for substantial evidence. *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006). We deny the petition for review.

We reject Cabrera–Rodriguez's claim that he is eligible for asylum and withholding of removal based on his membership in a particular social group, namely, young El Salvadorean males retaliated against for refusing to join gangs. *See Barrios v. Holder,* 581 F.3d 849, 854–56 (9th Cir. 2009) (rejecting as a particular social group "young males in Guatemala who are targeted for gang recruitment but refuse because they disagree with the gang's criminal activities"); *Santos–Lemus v. Mukasey,* 542 F.3d 738, 745–46 (9th Cir. 2008) (rejecting as a particular social group "young men in El Salvador resisting gang violence") (internal quotation omitted).

Accordingly, because Cabrera–Rodriguez failed to demonstrate that he was persecuted on account of a protected ground, we deny the petition as to his

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

asylum and withholding of removal claims. *See Barrios,* 581 F.3d at 855–56.

**PETITION FOR REVIEW DENIED.**